| Date | Pleading Number | |
|---|---|---|
| 1/22/73 | 1. | MOTION W/SUPPORTING BRIEF OF McDONALD'S OF ELK GROVE, INC. for consolidation of seven actions under 28 U.S.C. §1407; complaint attached as exhibits; certificate of service; Sche.A  SUGGESTED TRANSFEREE FORUM: N.D. ILLINOIS |
| 1/30/73 | 1a | AMENDMENT TO MOTION w/cert. of service |
| 2/2/73 | 2 | TALMADGE PARK, INC. response to motion w/cert. of service |
| 2/5/73 | 3 | TRISKETT CO., INC., Response to motion w/cert. of service |
| 2/5/73 | 4 | McDONALD'S CORP., Response to motion w/cert. of service |
| 2/5/73 | 5 | ORVIN's INC. response to motion w/cert. of service |
| 2/6/73 | 6 | LAWRENCE W. SCHEEL AND LAWRENCE R. SCHEEL response to motion |
| 2/7/73 | 7 | WARREN & HADLEY, INC. AND DEWBO response to motion w/cert. of service |
| 2/8/73 |  | AMF Inc. request for extension of time to file and serve response to motion to Feb. 13, 1973  ORDER extending to all parties Feb. 13, 1973 to file and serve response to motion. |
| 2/13/73 | 8 | AMF response and brief to motion w/cert. of service |
| 2/22/73 |  | McDonald of Elk Grove request for extension to file reply brief.  ORDER - extending to McDonald of Elk Grove time to file and serve reply brief to 2/23/73   Notified counsel |
| 2/26/73 | 9 | McDonald of Elk Grove, Inc., Reply Brief |
| 3/5/73 |  | HEARING ORDER - Washington, D. C. - March 23, 1973  a   Notified counsel |
| 3/9/73 |  | McDonald of Elk Grove letter pleading. |
| 3/14/73 |  | ORDER - correcting hearing order Schedule A as regards to AMF Inc. v. Lawrence R. Scheel, Jr., et al., M.D.Pa. 73-10  Hearing Order incorrectly listed Civil Action No.  Notified counsel |
| 4/2/73 | 10 | MCDONALDS OF ELK GROVE, INC., V. AMF, S.D.N.Y., 72 Civ. 1621  Letter from AMF stating facts of the pending action' |
| 6/11/73 | 11 | AMF letter stating no opposition to transfer. |
| 7/2/73 |  | CONSENT OF JUDGE ROBSON FOR JUDGE MCLAREN TO HANDLE LITIGATION PURSUANT TO 28 U.S.C. §1407 |
| 6/22/73 |  | OPINION AND ORDER transferring A-3 through B-1 to the N.D. of Illinois and consolidating litigation pursuant to 28 U.S.C. §1407 BEFORE JUDGE MCLAREN for coordinated or consolidated pretrial proceedings. |
| 7/2/73 |  | AMF Inc. v. R. B. ENTERPRISE, INC., E.D. MICH, 39428  CTO entered today. Notified counsel, involved judges. |
| 7/18/73 |  | AMF Inc. v. R. B. Enterprises, Inc., E.D. Mich 39428  CTO final today. Notified clerks, and involved judges |

*opinion & order of June 22, 1973    360 F.Supp. 1404*

DOCKET NO. __130__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE AMF COMPUTERIZED CASH REGISTER CONTRACTS LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) __3/23/73__

Date(s) of Opinion(s) or Order(s) __6/22/73__

Consolidation Ordered __xxxx__   Name of Transferee Judge __Richard W. McLaren__

Consolidation Denied ____   Transferee District __Northern District of Illinois__   (752)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | McDonald's of Elk Grove, Inc. v. AMF, Inc. | N.D.Ill. ~~Hoffman~~ McLaren | 72 C 1743 | N.T. | 6/26/75 court of appeals no. 75-1744 | | Motion 1/22/3 |
| A-2 | AMF Inc. v. McDonald's Corp. | N.D.Ill. McMillen | 73 C 1376 | | 1404a) TRANSFER TO ND ILL. * | | " |
| A-3 | AMF Inc. v. Lawrence R. Scheel, Jr., et al. | M.D.Pa. | 73-10 | 6/22/73 | 73-1821 | 75-1749 9/13 | " |
| A-4 | AMF Inc. v. The Triskett Co. | N.D.Ohio Lambros | C72-1190 | 6/22/73 | 73-1782 | 75-1717 | " |
| A-5 | AMF Inc. v. Talmadge Park, Inc. | N.D.Ohio | C72-395 | 6/22/73 | 73-1792 | 75-1718 | " |
| A-6 | AMF Inc. v. Orvin's Inc. | N.D.Ohio Green | C72-1189 | 6/22/73 | 73-1822 | 75-1750 | " |
| A-7 | AMF Inc. v. Warren & Hadley, Inc. | E.D.Mich. Keith | 39426 | 6/22/73 | 73-1677 | 75-1745 | " |
| B-1 | AMF Inc. v. Dewbo, Inc. | E.D. Mich Keith | 39427 | 6/22/73 | 73-1769 | 75-1746 | Amend to Motion 1/30/73 |

TAG-ALONGS  6 tag of 6/30/73

| C-1 | AMF Inc., v. R. B. Enterprise, Inc. 7/2/73 | E.D. Mich. Pratt | 39428 | 7/18/73 | 73-1963 | 75-1751 2/23/73 7/3/73 |

Court of Appeals 76 --

* Previously S.D.N.Y. - J. Motley

DOCKET NO. 130

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 130 -- IN RE AMF COMPUTERIZED CASH REGISTER CONTRACTS LITIGATION

## Counsel of Record

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | *McDonald's of Elk Grove*<br>Frederic S. Lane, Esquire<br>Marian S. Badger, Esquire<br>Sonnenschein, Levinson, Carlin,<br>  Nath & Rosenthal<br>69 West Washington Street<br>Chicago, Illinois 60602 | Branko M. Steiner, Esquire<br>33 N. LaSalle St.<br>Chicago, Illinois 60602 ~~X~~ |
| A-2 | *Sidney L. Howell*, Esquire<br>~~Frederick A. Nicoll~~<br>Rogers, Hoge & Hills *app*<br>90 Park Avenue<br>New York, New York 10016 | *McDonald's Corp.*<br>Steven J. Stein, Esquire<br>Proskauer, Rose, Goetz & Mendelsohn<br>300 Park Avenue *app.*<br>New York, New York 10022 |
| A-3 | Anderson, Posts, May & Beers<br>145 E. Market Street<br>York, Pennsylvania | *Lawrence W. Scheel c/a McDonald's Drive-In*<br>Joseph F. Gallagher, Esquire<br>626 First National Bank Bldg. *app.*<br>Wilkes Barre, Pa. 18701 |
| A-4 | Richard C. Binzley, Esquire<br>Johnson, Branand & Jaeger<br>2700 Terminal Tower<br>Cleveland, Ohio 44113 | *The Triskett Co., Inc.*<br>Michael T. McMenamin, Esquire<br>Walter, Haverfield, Buescher & Chockley<br>1215 Terminal Tower *app.*<br>Cleveland, Ohio 44113 |
| A-5 | Same as A-3 (Binzley) | *Talmadge Park, Inc.*<br>Thomas L. Dalrymple, Esquire *app.*<br>300 Madison Avenue<br>Toledo, Ohio 43604 |
| A-6 | Same as A-3 (Binzley) | *Orvins, Inc.*<br>Joel M. Garver, Esquire *app.*<br>~~Suite 400,~~ 75 Public Square<br>Cleveland, Ohio **44113** |
| A-7 | David M. Hayes, Esquire<br>Ronald E. Greenlee, Esquire<br>Clark, Klein, Winter, Parsons<br>  & Prewitt<br>1600 First Federal Building<br>Detroit, Michigan 48226 | Robert Warren, Esquire<br>25141 Hoover Road<br>Warren, Michigan 48089 |
| B-1 | (Same as A-7) Hayes | *Warren & Hadley*<br>~~Dewbo, Inc~~<br>~~Brian Sullivan~~, Esq.<br>Dykema, Gossett, Spencer, Goodnow<br>  & Trigg<br>27th Floor ~~Penobscot Bldg~~ *City Nat'l Bank Bldg.*<br>Detroit, Michigan 48226 |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 130 -- IN RE AMF COMPUTERIZED CASH REGISTER CONTRACTS LITIGATION

| ~~Plaintiffs~~ | ~~Defendants~~ |
|---|---|
| McDONALD'S OF ELK GROVE<br>  Grederic S. Lane, Esquire<br>  Marian S. Badger, Esquire<br>  Sonnenschein, Levinson, Carlin,<br>    Nath & Rosenthal<br>  69 West Washington Street<br>  Chicago, Illinois  60602<br><br>AMF INC.<br>  Sidney P. Howell, Esquire<br>  Rogers, Hoge & Hills<br>  90 Park Avenue<br>  New York, New York  10016<br><br>McDONALD'S CORP.<br>  Steven J. Stein, Esquire<br>  Proskauer, Rose, Goetz & Mendelsohn<br>  300 Park Avenue<br>  New York, New York  10022<br><br>LAWRENCE W. SCHEEL<br>LAWRENCE R. SCHEEL<br>t/a McDONALD'S DRIVE-IN<br>  Joseph F. Gallagher, Esquire<br>  626 First National Bank Building<br>  Wilkes Barre, Pennsylvania  18701<br><br>THE TRISKETT CO., INC.<br>  Michael T. McMenamin, Esquire<br>  Walter, Haverfield, Buescher &<br>    Chockley<br>  1215 Terminal Tower<br>  Cleveland, Ohio  44113<br><br>TALMADGE PARK, INC.<br>  Thomas L. Dalrymple, Esquire<br>  300 Madison Avenue<br>  Toledo, Ohio  43604 | ORVIN'S, INC.<br>  Joel M. Garver, Esquire<br>  75 Public Square<br>  Cleveland, Ohio  44113<br><br>WARREN & HADLEY<br>DEWBO, INC.<br>  James P. Feeney, Esquire<br>  Dykema, Gossett, Spencer, Goodnow<br>    & Trigg<br>  27th Floor, City National Bank Bldg.<br>  Detroit, Michigan  48226 |

p. _____

| Plaintiff | Defendant |
|---|---|
| C-1  Clark, Klein, Winter, Parsons & Prewitt<br>1600 First Federal Building<br>Detroit, Michigan  48226 | R & B ENTERPRISE, INC.<br>Allen C. Youngblood, Esq.<br>Allen and Allen<br>265 Washington Square Plaza<br>Royal Oak, Michigan  48067   App. |